UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CLEO VAN DOREN | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Civil Action No. 10-1425(KSH) |
| | : | |
| AMERICAN FUNDS, et al. | : | |
| | : | |
| Defendants | : | |
| _____ | : | |
| CLEO VAN DOREN | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Civil Action No. 10-1460(SRC) |
| | : | |
| AMERICAN FUNDS, et al. | : | |
| | : | |
| Defendants | : | |
| _____ | : | |

ORDER ON INFORMAL APPLICATION

     This matter having come before the Court as result of the Court's review of the dockets in the above-captioned cases;

     and it appearing that both cases involved the removal of the identical Complaint filed in the New Jersey Superior Court;

     and the Court having conducted a telephone conference on the record;

     and the parties agreeing to the consolidation of the cases, correction of the name of defendant American Funds, and extending the deadline to Answer, move, or otherwise respond;

and for the reasons set forth on the record on April 5, 2010;

IT IS THEREFORE ON THIS 5th day of April, 2010

ORDERED that the above-captioned cases shall be consolidated pursuant to Fed. R. Civ. P. 42;

IT IS FURTHER ORDERED the caption shall be corrected as follows: defendant American Funds shall be corrected to read: Capital Research and Management Company, d/b/a American Funds;

IT IS FURTHER ORDERED that the unopposed motion of Capital Research for an extension of the deadline to Answer, move or otherwise respond [Civ. No. 10-1460, Docket No. 2] is granted and it shall file its Answer or motion (if leave is granted) no later than **April 26, 2010**;

IT IS FURTHER ORDERED that Capital Research shall provide information to the plaintiff to enable her to understand its role in the disbursement of funds; and

IT IS FURTHER ORDERED that if a defendant intends to file a motion in lieu of an Answer, then the party shall submit a letter setting forth the basis for the motion and requesting a telephone conference.

                                                s/Patty Shwartz
                                                **UNITED STATES MAGISTRATE JUDGE**