UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLEO VAN DOREN, formerly CLEO DOUGHERTY<br><br>    Plaintiff,<br><br> v.<br><br>CAPITAL RESEARCH AND MANAGEMENT COMPANY d/b/a AMERICAN FUNDS, TRADER JOE'S COMPANY, and PLAN COMMITTEE<br><br>    Defendants. | Civ. Action No. 10-1425 (KSH)<br><br><br><br><br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

  This matter having come before the Court by way of two motions to dismiss plaintiff Cleo Van Doren's amended complaint filed by defendants Capital Research and Management Company ("Capital Research") [D.E. 23] and Trader Joe's Company ("Trader Joe's") and the Plan Committee ("the Committee") [D.E. 25]; and the Court having considered the parties' arguments and written submissions; and for the reasons stated in the Court's Opinion filed herewith,

  **IT IS** on this 30th day of December, 2010,

  **ORDERED** that Capital Research's motion to dismiss [D.E. 23] is **granted**, and that all of the claims in the amended complaint directed at Capital Research be and hereby are **dismissed**; and it is further

1

**ORDERED** that Trader Joe's and the Committee's motion to dismiss [D.E. 25] is **granted**, and that all of the claims in the amended complaint directed at Trader Joe's and the Committee be and hereby are **dismissed**.  The Clerk of the Court is directed to close this file.

/s/ Katharine S. Hayden

December 30, 2010                                                     Katharine S. Hayden, USDJ